## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Watkins C Dweh aka Eric Dweh Flahn<br>                              Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>                              Movant<br>        vs. | |
| Watkins C Dweh aka Eric Dweh Flahn<br>                              Debtor(s) | NO. 17-18589 jkf |
| Suzana Tarley<br>                              Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>                              Trustee | |

## ORDER

AND NOW, this 17th day of August, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the co-debtor stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 2629 South 70th Street, Philadelphia, PA 19142 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

Jean K. FitzSimon

Watkins C Dweh aka Eric Dweh Flahn
2629 S. 70th Street
Philadelphia, PA 19142

Suzana Tarley
2629 S. 70th Street
Philadelphia, PA 19142

David M. Offen Esq.
The Curtis Center
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532