```
              IN THE UNITED STATE BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In Re:    Watkins C. Dweh                ) Chapter 13
          Debtor                         )
                                         ) No.17-18589-JKF
                                         )
                                         )


### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


    /s/David M. Offen
    David M. Offen
    Attorney for Debtor

Date: 10/19/18