IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Watkins C. Dweh          )    Chapter 13
              Debtor             )
                                 )    17-18589-JKF
                                 )
                                 )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application, Docket Entry
No. 38 , for Approval of Counsel Fees submitted by David M.
Offen, Attorney for the Debtor, and upon notice and certification
of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed plus
court filing fees advanced of $74.00 and the balance in the
amount of $4,074.00 may be paid by the Chapter 13 Trustee to the
extent there are funds available and consistent with the terms of
the confirmed plan.

Date: October 22, 2018

DATED: _____          _____
                                    HONORABLE JEAN K. FITZSIMON
                                    UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Interim Trustee

David M. Offen, Esquire